## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ART+COM Innovationpool GmbH., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 14-cv-217-RGA |
| | ) | |
| vs. | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| GOOGLE INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT CLAIM CONSTRUCTION CHART

In accordance with the Court's Scheduling Order (D.I. 24), as amended (D.I. 61), Plaintiff ART+COM Innovationpool GmbH ("ACI") and Defendant Google Inc. ("Google") submit the attached chart (Exhibit A) listing the terms proposed for construction in U.S. Patent No. RE44,550, the proposed constructions of the parties, and citation(s) to intrinsic evidence in support of the respective proposed constructions.

1

| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Brian E. Farnan | /s/ Paul Saindon |
| Joseph J. Farnan, Jr. (Bar No. 100245) | Jack B. Blumenfeld (Bar No.1014) |
| Brian E. Farnan (Bar No. 4089) | Paul Saindon (Bar No. 5110) |
| 919 North Market St., 12th Floor | 1201 North Market Street |
| Wilmington, Delaware 19801 | P.O. Box 1347 |
| 302-777-0321 Telephone | Wilmington, DE 19899 |
| 302-777-0301 Facsimile | (302) 658-9200 |
| farnan@farnanlaw.com | jbbefiling@mnat.com |
| | |
| Of Counsel: | Of Counsel: |
| | |
| Scott F. Partridge | Cono A Carrano |
| BAKER BOTTS L.L.P. | David C. Vondle |
| One Shell Plaza | Ashraf A. Fawzy |
| 910 Louisiana Street | AKIN GUMP STRAUSS HAUER & FELD LLP |
| Houston, Texas 77002 | 1333 New Hampshire Avenue, N.W. |
| (713) 229-1569 | Washington, DC 20036 |
| scott.partridge@bakerbotts.com | (202) 887-4000 |
| | dvondle@akingump.com |
| | ccarrano@akingump.com |
| | afawzy@akingump.com |
| | |
| *Attorneys for Plaintiff ART+COM Innovationpool GmbH* | *Attorneys for Google Inc.* |

Dated:  January 26, 2015