# EXHIBIT A

**Joint Claim Construction Chart – Proposed Constructions for U.S. Patent No. RE44,550 (*See* Ex. B)**

| # | Claim Term/Phrase | Claim(s) | ACI's Proposal | ACI's Supporting Intrinsic Evidence | Google's Proposal | Google's Supporting Intrinsic Evidence |
|---|---|---|---|---|---|---|
| 1 | "centrally storing the data for the field of view" | 1 | storing requested data for the field of view in memory at the location of the request | '550 patent at 2:8-13 and 22-43; 3:6-23; 3:24-29; 3:41-48; 7:59-8:3; 8:32-52 | storing the field of view data such that it is accessible by a plurality of networked display devices | '550 patent at 2:18-61; 3:6-23; 3:24-29; 3:41-48; 3:59-65; 4:65-5:6; 5:23-30; 6:16-26; 7:59 - 8:3; 8:32-35; 8:36-52; 9:12-25; Fig. 1; Fig. 2 |
| 2 | "image resolution" / "image resolutions" | 1 | the level of detail or spatial precision contained in an image (singular)<br><br>plural of ACI's proposed construction for "image resolution" (plural form) | '550 patent at Fig. 3; Fig. 6; 1:42-61; 2:3-13; 2:22-43; 3:1-23; 3:41-51; 8:4-67; 9:12-25<br><br>'897 File History at Response to Office Action, dated May, 1999 (Ex. C); Continued Prosecution Application, dated January, 2000 (Ex. D) | a measure of the ability to detect variation in an image (singular)<br><br>Indefinite (plural form) | '550 patent at Abstract; 1:42-61; 2:3-13; 2:18-43; 3:6-23; 3:41-48; 4:4-13; 4:56-64; 5:7-29; 6:45-56; 8:4-63; 9:13-25 |
| 3 | "the co-ordinates of the data" | 3, 46, 61, 83 | a distinct position in a given space such as a particular longitude, latitude, and elevation | '550 patent at 4:33-43 and 52-55; 5:7-22; 6:50-57; and 7:35-38 | Indefinite | '550 patent at 5:7-22; 6:45-56; 7:35-44 |

| # | Claim Term/Phrase | Claim(s) | ACI's Proposal | ACI's Supporting Intrinsic Evidence | Google's Proposal | Google's Supporting Intrinsic Evidence |
|---|---|---|---|---|---|---|
| 4 | "quadrant tree" | 14 | a data structure where each node has four children | '550 patent at Abstract; Fig.4; Fig. 5; claim 22; 3:66-4:13; 4:14-19; 7:55-58; 8:4-17; 8:26-31; 8:53-63; 9:1-12; 9:41-43 | a tree structure organization of a two-dimensional space in which a square is recursively subdivided into four equally sized squares | '550 patent at Abstract; 3:66-4:19, 7:55-58; 8:4-17; 8:26-31; 8:53-63; 9:1-11; Figs. 3-5 |
| 5 | "octant tree" | 29 | a data structure where each node has eight children | '550 patent at Fig. 6; claim 15; 3:66-4:13; 4:29-32; 9:13-25 | a tree structure organization of a three-dimensional space in which a cube is recursively subdivided into eight equally sized cubes | '550 patent at 3:66-4:19; 9:13 - 25; Figs. 5-6 |
| 6 | "polygonal grid model" | 28, 29 | a model of an object that represents the object's surface using a mesh of polygons that generally form a grid | '550 patent at Fig. 8; Fig. 9; Fig. 10; 4:33-43; 4:44-47; 4:48-55; 4:56-64; 7:35-44; 9:44-58; 9:59-10:3 | a model of an object that represents the object's surface using a mesh of polygons that form a grid | '550 patent at 4:48-55; 4:56-64; 7:35-44; 9:44-58; 9:59-10:3 |
| 7 | "requesting data for the field of view from at least one of the plurality of spatially distributed data | 1 | plain and ordinary meaning | '550 patent at Abstract; Fig. 3; Fig. 4; 2:18-43; 3:6-23; 3:34-40; 6:57-7:2; 7:59-63; 7:63-67; 8:9-13; 8:53-67; 9:14-19, 30-35, 41-43 and 55-58; 10:9-12 | requesting data by specifying the selected distance and the angle of view of the observer to the object from at least one of the spatially distributed | '550 patent at 2:18-43; 2:52-56; 3:1-48; 5:46-49; 6:16-35; 6:57-7:2; 7:59-8:3; 8:18-31; 8:36-44; 8:45-52; Fig. 1; Fig. 3 |

| # | Claim Term/Phrase | Claim(s) | ACI's Proposal | ACI's Supporting Intrinsic Evidence | Google's Proposal | Google's Supporting Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | sources" | | | | data sources | |
| 8 | "space-related data" | 1 | plain and ordinary meaning or "geo-referenced data" | '550 patent at Abstract; 4:20-32; Figs. 8-11; 1:15-22 (e.g., 1:23-41) | displayable geographical data | '550 patent at Abstract; 1:15-23; 1:42-61; 2:3-13; 2:18-20; 4:20-28; 5:30-45; 6:16-26; Fig 8; Fig. 9; Fig. 10; Fig. 11 |
| 9 | "plurality of spatially distributed data sources" | 1, 43, 48, 63 | plain and ordinary meaning | '550 patent at Fig. 1; 2:18-22; 2:25-28; 2:33-36; 2:62-67; 5:39-45; 6:18-19 and 57-61; 7:3-5; 9:41-43; 9:55-58; 10:9-12 | two or more separate networked data sources | '550 patent at 2:18-43; 2:52-56; 5:31-45; 6:16-26; 6:27-35; 6:36-44; 6:57-7:2; 7:3-21; 9:41-43; 7:59-8:2; 9:44-58; Fig. 1; '897 File History, Amendment, at 5-8 (May, 1999) (Ex. C) |
| 10 | "determining the data and/or the coordinates of the data in terms of a new co-ordinate system" / "determining the data or the | 3, 46, 61, 83 | plain and ordinary meaning (with ACI's proposed construction for "co-ordinates of the data") | '550 patent at 4:33-43; 4:48-55; 5:7-22; 6:45-56; 7:35-44 | Indefinite | '550 patent at 5:7-22; 6:45-56 |

| # | Claim Term/Phrase | Claim(s) | ACI's Proposal | ACI's Supporting Intrinsic Evidence | Google's Proposal | Google's Supporting Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | co-ordinates of the data in terms of a new co-ordinate system" | | | | | |
| 11 | "representing the data for the field of view in a pictorial representation having one or more sections" | 1 | plain and ordinary meaning (with "sections" meaning "sub-divisions of the pictorial representation to be displayed") | '550 patent at Abstract; Fig. 8; Fig. 9; Fig. 10; Fig. 11; claim 9; claim 19; claim 25; claim 26; claim 28; claim 30; 2:22-33; 3:1-13; 3:66-4:3; 4:14-19 and 48-50; 7:16-18, 35-38 and 55-58; 7:67-8:9 | displaying an image of the data for the field of view having one or more sections | '550 patent at 2:18-43; 3:1-5; 4:4-13; 7:16-21; 7:55-58; 8:4-17; 8:32-35; 8:45-52; 8:53-63; 9:1-11; 9:13-25; Fig. 3; '897 File History, Preliminary Amendment, at 10 (Jan, 2000) (Ex. D) |

Active 17723288.1                                                 4

| # | Claim Term/Phrase | Claim(s) | ACI's Proposal | ACI's Supporting Intrinsic Evidence | Google's Proposal | Google's Supporting Intrinsic Evidence |
|---|---|---|---|---|---|---|
| 12 | "dividing each of the one or more sections having image resolutions below a desired image resolution into a plurality of smaller sections, requesting higher resolution [[space related]] space-related data for each of the smaller sections" | 1, 14, 29 | logically dividing each of the one or more sections having image resolutions below a desired image resolution into a plurality of smaller sections, requesting higher resolution space-related data for each of the smaller sections (with ACI's proposed construction for "image resolution," with ACI's proposed construction for "space-related data," and with "sections" meaning "sub-divisions of the pictorial representation to be displayed") | '550 patent at Abstract; Fig. 4; Fig. 5; Fig. 6; 2:28-36; 3:1-13; 3:66-4:10; 4:48-50; 5:60 - 6:4; 7:55-59; 8:4-17; 8:22-24 and 29-31; 8:53-63; 9:1-11; 9:12-25 | dividing each of the one or more sections having image resolutions below a desired image resolution into a plurality of smaller sections, prior to requesting higher resolution space-related data for each of the smaller sections<br><br>(subject to indefiniteness for desired image resolution) | '550 patent at 2:18-42; 3:66-4:3; 4:4-19; 4:48-55; 6:36-44; 7:59-8:3; 8:4-17; 8:53-63; 9:1-12; 9:13-25; Fig. 3 |
| 13 | "repeating step (f), dividing the sections into smaller sections, until every section has the desired image resolution or no higher image | 1 | repeating step (f), logically dividing the sections into smaller sections, until every section has the desired image resolution or no higher image resolution data is available (with ACI's proposed construction for "image | '550 patent at Fig. 4; Fig. 5; Fig. 6; 2:36-43; 3:33-58; 4:4-10; 5:60-6:4; 8:9-13 and 57-60; 9:5-9; 9:12-25<br><br>'897 File History at Response to Office Action, dated May, 1999 (Ex. C); | Indefinite | '550 patent at 2:18-42; 3:66-4:19; 7:55-8:31; 8:53-63; 9:1-25; Fig. 3 |

| # | Claim Term/Phrase | Claim(s) | ACI's Proposal | ACI's Supporting Intrinsic Evidence | Google's Proposal | Google's Supporting Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | resolution data is available" | | resolution" and with "sections" meaning "subdivisions of the pictorial representation to be displayed") | Continued Prosecution Application, dated January, 2000 (Ex. D) | | |
| 14 | "wherein the space-related data are provided with references to thematically adjacent data" | 53 | plain and ordinary meaning (with ACI's proposed construction for "space-related data") | '550 patent at Abstract; Fig. 7; 4:65-5:6; 9:26-40 | Indefinite | '550 patent at 4:65-5:6; 9:26-40; '550 File History, Preliminary Amendment, at 24 (Feb. 21, 2013) (Ex. E) |