IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ART+COM Innovationpool GmbH.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　　Defendant. | C.A. No. 14-cv-217-RGA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 2, 2015, a copy of ACI's Fourth Set of Interrogatories (No. 19) was served on the following as indicated:

<u>Via Hand Delivery and E-Mail</u>
Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com

*Attorneys for Defendant*

<u>Via E-Mail</u>
Cono A. Carrano
David C. Vondle
Ashraf A. Fawzy
Akin Gump Strauss Hauer & Feld LLP
ccarrano@akingump.com
dvondle@akingump.com
afawzy@akingump.com

*Attorneys for Defendant*

Dated:  March 2, 2015

FARNAN LLP

/s/ Brian E. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
919 North Market St., 12th Floor
Wilmington, Delaware 19801
302-777-0321 Telephone
302-777-0301 Facsimile
farnan@farnanlaw.com
bfarnan@farnanlaw.com

Scott F. Partridge (admitted *pro hac vice*)
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street

Houston, Texas 77002
(713) 229-1569
scott.partridge@bakerbotts.com

*Attorneys for Plaintiff ART+COM Innovationpool GmbH*

Case 1:14-cv-00217-TBD   Document 69   Filed 03/02/15   Page 2 of 2 PageID #: 617