IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ART+COM INNOVATIONPOOL GMBH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 14-217 (RGA) |
| ) | |
| GOOGLE INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Google's First Supplemental Objections and Responses to Plaintiff's First Set of Requests for Production of Documents and Things (Nos. 16-17, 19, 22-25, 37-53, 62, 64-76, 78)* were caused to be served on March 17, 2015 upon the following in the manner indicated:

Joseph J. Farnan, Jr., Esquire                                                           VIA ELECTRONIC MAIL
Brian E. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Plaintiff*

Scott F. Partridge, Esquire                                                              VIA ELECTRONIC MAIL
Lisa C. Kelly, Esquire
L. Gene Spears, Esquire
C. Ryan Pinckney, Esquire
Lisa M. Thomas, Esquire
M. Natalie Alfaro, Esquire
BAKER BOTTS L.L.P.
910 Louisiana
One Shell Plaza
Houston, TX  77002
*Attorneys for Plaintiff*

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        */s/ Paul Saindon*

                        Jack B. Blumenfeld (#1014)
                        Paul Saindon (#5110)
                        1201 North Market Street
                        P.O. Box 1347
                        Wilmington, DE  19899
                        (302) 658-9200
                        jblumenfeld@mnat.com
                        psaindon@mnat.com

OF COUNSEL:                 *Attorneys for Defendant*

Cono A. Carrano
David C. Vondle
Ashraf A. Fawzy
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 887-4000

March 17, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 17, 2015, upon the following in the manner indicated:

| | |
|---|---|
| Joseph J. Farnan, Jr., Esquire<br>Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Scott F. Partridge, Esquire<br>Lisa C. Kelly, Esquire<br>L. Gene Spears, Esquire<br>C. Ryan Pinckney, Esquire<br>Lisa M. Thomas, Esquire<br>M. Natalie Alfaro, Esquire<br>BAKER BOTTS L.L.P.<br>910 Louisiana<br>One Shell Plaza<br>Houston, TX  77002<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ Paul Saindon
Paul Saindon (#5110)