# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ART+COM Innovationpool GmbH., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | C.A. No. 14-cv-217-RGA <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 17, 2015, a copy of: (i) ART+COM Innovationpool GmbH's Supplemental Objections and Responses to Google Inc.'s First Set of Interrogatories (Nos. 1, 3, 4, 6, 7, 9, 11, 12, 13, 18 & 20); (ii) ART+COM Innovationpool GmbH's First Supplemental Objections and Responses to Google Inc.'s Second Set of Interrogatories (Nos. 22 & 24); (iii) ART+COM Innovationpool GmbH's Responses and Objections to Google Inc.'s Second Set of Requests for Admission (Nos. 135-159); and (iv) ART+COM Innovationpool GmbH's Objections and Responses to Google Inc.'s Third Set of Interrogatories (No. 25) was served on the following as indicated:

<u>Via E-Mail</u>
Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com

*Attorneys for Defendant*

<u>Via E-Mail</u>
Cono A. Carrano
David C. Vondle
Ashraf A. Fawzy
Akin Gump Strauss Hauer & Feld LLP
ccarrano@akingump.com
dvondle@akingump.com
afawzy@akingump.com

*Attorneys for Defendant*

Dated: July 17, 2015

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
919 North Market St., 12th Floor
Wilmington, Delaware 19801
302-777-0300 Telephone
302-777-0301 Facsimile
farnan@farnanlaw.com
bfarnan@farnanlaw.com

Scott F. Partridge (admitted *pro hac vice*)
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
(713) 229-1569
scott.partridge@bakerbotts.com

*Attorneys for Plaintiff ART+COM Innovationpool GmbH*