# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ART+COM Innovationpool GmbH., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | C.A. No. 14-cv-217-RGA <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE OF IN CAMERA DOCUMENT

PLEASE TAKE NOTICE that on August 26, 2015, copies of Plaintiff's *in camera* submission pursuant to the Court's August 3, 2015 Order (D.I. 176) were hand delivered to the Court for *in camera* review.

Dated: August 26, 2015

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
919 North Market St., 12th Floor
Wilmington, Delaware 19801
302-777-0300 Telephone
302-777-0301 Facsimile
farnan@farnanlaw.com
bfarnan@farnanlaw.com

Scott F. Partridge (admitted *pro hac vice*)
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
(713) 229-1569
scott.partridge@bakerbotts.com

*Attorneys for Plaintiff ART+COM*
*Innovationpool GmbH*