IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ART+COM INNOVATIONPOOL GMBH, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 14-217-RGA |
| GOOGLE INC., | : |
| Defendant. | : |

**ORDER**

The Court's previous directions (D.I. 176, 185) in regard to the discovery dispute about production of agreements relating to financial interests were less clear than I intended. While I certainly expected that I would get agreements *in camera* and *ex parte*, I did not expect to get the "full briefing" in the same manner. Thus, I will strike the six-page August 26, 2015, letter. I request that Plaintiff file a "full briefing" letter (which need not be the same as the August 26th letter) that is copied to Defendant. I would imagine this could be done by September 2, 2015. Defendant may respond (if it chooses to do so) by no later than September 9, 2015.

IT IS SO ORDERED this 28 day of August 2015.

_/s/ Richard G. Andrews_
United States District Judge