IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ART+COM Innovationpool GmbH,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Civil Action No. 14-217-RGA |

### ORDER

Presently before the Court is Google's request for additional information regarding persons and entities having a financial interest in the litigation. (D.I. 163 at 3). I have reviewed the relevant letters. (D.I. 163, 167, 186, 191, 194). ART+COM represented that all financial interests have been disclosed, other than its agreements with counsel, financiers, and non-testifying consultants. (D.I. 191 at 3). Google argues that those agreements are relevant to ownership, standing, and witness bias. (D.I. 194 at 2). ART+COM responds that the agreements are not relevant. (D.I. 191 at 1). I reviewed the agreements *in camera* and agree that they have no relevance. Google's request is **DENIED**.

Entered this ⎯⎯ day of September, 2015.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
United States District Judge

1