# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ART+COM Innovationpool GmbH., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 14-cv-217-RGA |
| ) | |
| vs. ) | **DEMAND FOR JURY TRIAL** |
| ) | |
| GOOGLE INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER REGARDING EXPERT REPORTS ON DAMAGES

The parties hereby agree, subject to the approval of the Court, that the Scheduling Order is further amended as follows:

a) The deadline for Plaintiff to serve its Opening Expert Report on damages is October 9, 2015;

b) Within one week of receiving any additional discovery from Defendant, Plaintiff will supplement it Opening Expert Report on damages;

c) The deadline for Defendant to serve its Rebuttal Expert Report on damages and Opening Expert Report on 28 U.S.C. § 1498 issues is November 13, 2015;

d) The deadline for Plaintiff to serve its Reply Expert Report on damages and Rebuttal Expert Report on 28 U.S.C. § 1498 issues is November 25, 2015; and

e) The deadline for Defendant to serve its Reply Expert Report limited to 28 U.S.C. § 1498 issues is December 7, 2015.

All other deadlines in the Scheduling Order shall remain unchanged.

| | |
|---|---|
| Dated: October 9, 2015 | Respectfully submitted, |
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Brian E. Farnan*<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff* | /s/ *Paul Saindon*<br>Jack B. Blumenfeld (Bar No. 1014)<br>Paul Saindon (Bar No. 5110)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>psaindon@mnat.com<br><br>*Attorneys for Defendant* |

SO ORDERED on this _____ day of October, 2015.

_____
The Honorable Richard G. Andrews