# EXHIBIT A



## REDACTED IN ITS ENTIRETY

# EXHIBIT B



## REDACTED IN ITS ENTIRETY

# EXHIBIT C



REDACTED IN ITS ENTIRETY

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ART+COM INNOVATIONPOOL GMBH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-217 (RGA) |
| | ) | |
| GOOGLE INC., | ) | |
| | ) | |
| Defendant. | ) | |

## INITIAL DISCLOSURES OF GOOGLE INC.

Pursuant to Federal Rule of Civil Procedure 26(a)(1), the Local Rules of this Court, and the Court's June 17, 2014 Scheduling Order (D.I. 24), Defendant Google Inc. ("Google") hereby makes these Initial Disclosures to Plaintiff ART+COM Innovationpool GmbH ("Plaintiff").

Google submits these Initial Disclosures based upon information that Google has acquired to date based on its ongoing investigation. At this time, discovery is in its earliest stages. Google reserves the right to modify, amend, and/or supplement these disclosures as appropriate based upon further evaluation of facts and evidence in its possession and as additional evidence and information becomes available in accordance with Rule 26(e) of the Federal Rules of Civil Procedure. Google expressly does not waive attorney-client privilege, work product protection, or any other applicable privilege through these disclosures, nor does it waive its right to object on proper grounds to any discovery request relating to the subject matter of these disclosures.

## DISCLOSURES PURSUANT TO FED. R. CIV. P. 26

**A.     Individuals Likely To Have Discoverable Information (Fed. R. Civ. P. 26(a)(1)(A)(i))**

Based on the information currently available to Google, the following individuals may have knowledge of relevant facts.  All employees of Google (and its affiliates) identified below should be contacted through the undersigned counsel.  In addition, Google intends for all of its former employees to be represented by the undersigned counsel.  The following list should not be interpreted to be an admission that any of the identified individuals will have discoverable information.

| Name | Contact Information | Summary of Information Possibly Known by Person |
|---|---|---|
| Pavel Mayer | On information and belief, Mr. Mayer is currently located in Berlin, Germany. | Mr. Mayer is a named inventor of U.S. Patent No. RE44,550E (the "'550 patent").  Mr. Mayer may have knowledge regarding the alleged inventions disclosed and claimed in the '550 patent, including information about the conception, reduction to practice, and other information relating to the alleged inventions, as well as the prosecution of the '550 patent and related patent applications.  In addition, Mr. Mayer may have information regarding communications with Google. |
| Axel Schmidt | On information and belief, Mr. Schmidt is currently located in Berlin, Germany. | Mr. Schmidt is a named inventor of the '550 patent. Mr. Schmidt may have knowledge regarding the alleged inventions disclosed and claimed in the '550 patent, including information about the conception, reduction to |

| | | |
|---|---|---|
| | | practice, and other information relating to the alleged inventions, as well as the prosecution of the '550 patent and related patent applications.  In addition, Mr. Schmidt may have information regarding communications with Google. |
| Joachim Sauter | On information and belief, Mr. Sauter can be reached at:<br><br>ART+COM AG<br>Kleisstrasse 23-26<br>10787 Berlin<br>Germany | Mr. Sauter is a named inventor of the '550 patent.  Mr. Sauter may have knowledge regarding the alleged inventions disclosed and claimed in the '550 patent, including information about the conception, reduction to practice, and other information relating to the alleged inventions, as well as the prosecution of the '550 patent and related patent applications.  In addition, Mr. Sauter may have information regarding communications with Google. |
| Gerd Gruneis | On information and belief, Mr. Gruneis is currently located in Berlin, Germany. | Mr. Gruneis is a named inventor of the '550 patent.  Mr. Gruneis may have knowledge regarding the alleged inventions disclosed and claimed in the '550 patent, including information about the conception, reduction to practice, and other information relating to the alleged inventions, as well as the prosecution of the '550 patent and related patent applications.  In addition, Mr. Gruneis may have information regarding communications with Google. |

| | | |
|---|---|---|
| Patrick Paulisch | On information and belief, Mr. Paulisch is currently located in Berlin, Germany. | Mr. Paulisch may have information regarding communications with Google. |
| Andreas Wiek | On information and belief, Mr. Wiek can be reached at:<br><br>Chief Executive Officer<br>ART+COM Innovationpool GmbH<br>Kleisstrasse 23-26<br>10787 Berlin, Germany | Mr. Wiek may have information regarding communications with Google. |
| Detlef Andreovits | On information and belief, Mr. Andreovits can be reached at:<br><br>Managing Director<br>ART+COM Innovationpool GmbH<br>Kleisstrasse 23-26<br>10787 Berlin, Germany | Mr. Andreovits s may have information regarding communications with Google. Mr. Andreovits may have knowledge regarding prosecution of the '550 patent and related patent applications. |
| Dirk Lusebrink | On information and belief, Mr. Lusebrink can be reached at:<br><br>Head of Development<br>ART+COM Innovationpool GmbH<br>Kleisstrasse 23-26<br>10787 Berlin, Germany | Mr. Lusebrink s may have information regarding communications with Google. |
| ART+COM AG | On information and belief, ART+COM AG is located at:<br><br>Kleiststrasse 23-26<br>10787 Berlin<br>Germany<br>Telephone: +49.30.21001-0 | On information and belief, ART+COM AG is related to the Plaintiff and may have knowledge regarding the alleged inventions disclosed and claimed in the '550 patent, including information about the conception, reduction to practice, and other information relating to the alleged inventions, as well as the prosecution of the '550 patent and related patent applications. ART+COM AG may have information |

| | | regarding communications with Google. |
|---|---|---|
| Pfenning, Meinig & Partner GbR | On information and belief, Pfenning, Meinig & Partner is currently located at:<br><br>Theresienhöhe 13<br>80339 München<br>Germany<br>Telephone: (+49) 89-5309336 | Pfenning, Meinig & Partner is a law firm that was involved in the prosecution of patent applications to the '550 patent and related patent applications, including the German priority patent application. |
| Marshall & Melhorn, LLC | On information and belief, Marshall & Melhorn is currently located at:<br><br>Marshall & Melhorn, LLC<br>Four Seagate<br>Eighth Floor<br>Toledo, OH 43604<br>Telephone: (419) 249-7100 | Marshall & Melhorn is a law firm that was involved in the prosecution of the patent applications that led to the issuance of the '550 patent and related applications. |
| Phillip S. Oberlin | On information and belief, Mr. Oberlin is currently located at:<br><br>8612 Stone Oak Drive<br>Toledo, OH 43601<br>Telephone: (419) 861-1549 | Mr. Oberlin was involved in the prosecution of the patent applications that led to the issuance of the '550 patent and related patent applications.  Mr. Oberlin may have further information regarding the '550 patent, including prosecution history, prior art, invalidity, unenforceability, conception, reduction to practice, construction of the claims, and embodiments of the '550 patent and related patent applications. |
| Brian E. Szymanski | On information and belief, Mr. Szymanski is currently located at:<br><br>Interfacial Solutions, LLC<br>949 Antler Court<br>River Falls, WI 54022 | Mr. Szymanski was involved in the prosecution of the patent applications that led to the issuance of the '550 patent and related patent applications.  Mr. Szymanski may have further information |

| | | |
|---|---|---|
| | Telephone: (715) 425-7957 | regarding the '550 patent, including prosecution history, prior art, invalidity, unenforceability, conception, reduction to practice, construction of the claims, and embodiments of the '550 patent and related patent applications. |
| Patrick D. Floyd | On information and belief, Mr. Floyd is currently located at:<br><br>Fay Sharpe LLP<br>The Halle Building, 5th Floor<br>1228 Euclid Ave.<br>Cleveland, OH 44115<br>Telephone:  (216) 363-9000 | Mr. Floyd was involved in the prosecution of the patent applications that led to the issuance of the '550 patent and related patent applications.  Mr. Floyd may have further information regarding the '550 patent, including prosecution history, prior art, invalidity, unenforceability, conception, reduction to practice, construction of the claims, and embodiments of the '550 patent and related patent applications. |
| Christie, Parker & Hale, LLP | On information and belief, Christie, Parker & Hale is currently located at:<br><br>655 North Central Avenue, Suite 2300<br>Glendale, California  91203-1445<br>Telephone:  (626) 795-9900 | Christie, Parker & Hale is a law firm that was involved in the prosecution of the patent applications that led to the issuance of the '550 patent and related patent applications. |
| Wesley W. Monroe | On information and belief, Mr. Monroe is currently located at:<br><br>Christie, Parker & Hale, LLP<br>655 North Central Avenue<br>Suite 2300<br>Glendale, California 91203<br>Telephone: (626) 795-9900 | Mr. Monroe was involved in the prosecution of the patent applications that led to the issuance of the '550 patent and related patent applications.  Mr. Monroe may have further information regarding the '550 patent, including prosecution history, |

| | | |
|---|---|---|
| | | prior art, invalidity, unenforceability, conception, reduction to practice, construction of the claims, and embodiments of the '550 patent and related patent applications. |
| Baker Botts LLP | On information and belief, Baker Botts is currently located at:<br><br>Baker Botts LLP<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, Texas 77002<br>Telephone: (713) 229-1234 | Baker Botts is a law firm that was involved in the prosecution of the patent application that led to the issuance of the '550 patent and related patent applications. |
| Paul R. Morico | On information and belief, Mr. Morico is currently located at:<br><br>Baker Botts LLP<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, Texas 77002<br>Telephone: (713) 229-1732 | Mr. Morico was involved in the prosecution of the patent application that led to the issuance of the '550 patent and related patent applications.  Mr. Morico may have further information regarding the '550 patent, including prosecution history, prior art, invalidity, unenforceability, conception, reduction to practice, construction of the claims, and embodiments of the '550 patent and related patent applications. |
| Association for Computing Machinery's Special Interest Group on Computer Graphics and Interactive Techniques ("ACM-SIGGRAPH") | On information and belief, ACM-SIGGRAPH is currently located at:<br><br>2 Penn Plaza<br>Suite 701<br>New York, NY 10121<br>Telephone: (212) 626-0500 | ACM-SIGGRAPH may have knowledge regarding the alleged inventions disclosed and claimed in the '550 patent, including information about the public use, conception, reduction to practice, and other information relating to the alleged inventions. |
| Silicon Graphics International Corp. ("Silicon Graphics") | On information and belief, Silicon Graphics is currently | Silicon Graphics may have knowledge regarding prior art |

| | | |
|---|---|---|
| | located at:<br><br>900 North McCarthy Blvd.<br>Milpitas, CA 95035<br>Telephone:  (669) 900-8000 | to the '550 patent.  Silicon Graphics may have knowledge regarding the alleged inventions disclosed and claimed in the '550 patent, including information about the conception, reduction to practice, and other information relating to the alleged inventions. |
| SRI International ("SRI") | On information and belief, SRI is currently located at:<br><br>333 Ravenswood Avenue<br>Menlo Park, CA 94025<br>United States<br>Telephone: (650) 859-2000 | SRI may have knowledge regarding prior art to the '550 patent. |
| Stephen Lau, Jr. | Mr. Lau is to be contacted only through Google's counsel of record. | Mr. Lau may have information regarding prior art to the '550 patent. |
| Peter Birch | Mr. Birch is to be contacted only through Google's counsel of record. | Mr. Birch has knowledge regarding product development and financial/marketing aspects of the accused instrumentalities. |
| Evan Parker | Mr. Parker is to be contacted only through Google's counsel of record. | Mr. Parker has knowledge regarding the structure, function, and operation of aspects of the accused instrumentalities. |
| John Rohlf | Mr. Rohlf is to be contacted only through Google's counsel of record. | Mr. Rohlf has knowledge regarding the structure, function, and operation of aspects of the accused instrumentalities. |
| Authors, inventors, and others having knowledge of prior art. | Authors, inventors, and others having knowledge of prior art may be contacted through their respective counsel. | Authors, inventors, and others having knowledge of prior art will have knowledge regarding prior art that may be relevant to the invalidity or unenforceability of the '550 |

| | | patent |
|---|---|---|
| Google designated representative(s). | Google's designated representative(s) shall be contacted only through Google's counsel of record. | Designated representative(s) will have knowledge regarding the structure, function, and operation of Google Earth; sales and marketing relating to Google Earth; and financial data relating to Google Earth. |

In addition to the foregoing, Google identifies and incorporates by reference the following additional persons who may have knowledge of facts relevant to this suit:

(1)     Any and all persons identified by the Plaintiff in its Initial Disclosures in this litigation.

(2)     Any custodian of records or other person who may be required to establish authenticity and/or admissibility of documents, including without limitation prior art.

(3)     Individuals having knowledge of the prosecution of the '550 patent and related patent applications, including, without limitation, any prosecuting agents or attorneys.

(4)     Individuals having knowledge of any prior art manufacture, use, sale, offer to sell, importation, or invention relevant to the subject matter of the '550 patent.

(5)     Individuals having knowledge of any license to the '550 patent, any offer to license the '550 patent, or any sale or offer to sell of the '550 patent.

By indicating the general subject matter of information these individuals may have, Google is in no way limiting its right to call any individual(s) listed to testify concerning other subject(s).  Google reserves the right to disclose additional individuals whom Google may use to support its claims or defenses based on information learned during the course of this litigation.

**B.**    **Documents In Google's Possession, Custody, Or Control That Google May Use To Support Its Claims Or Defenses (Fed. R. Civ. P. 26(a)(1)(A)(ii))**

Google is in possession of the following categories of documents that Google may use to support its claims or defenses:  information relating to the structure, function, and operation of the accused instrumentalities; information relating to the invalidity of the '550 patent; information relating to the unenforceability of the '550 patent; and information relating to Google and its products and services, including marketing and financial information.  Google also may rely on documents in the custody, possession, or control of the Plaintiff or one or more third parties.

Google reserves the right to assert a claim of privilege or immunity and withhold from production any documents, whether or not included above, that are protected from discovery by the attorney-client privilege, work product immunity, or any other privilege or immunity. Google further reserves the right to disclose additional documents that Google may use to support its claims or defenses based on information discovered during the course of this litigation.

**C.**    **Computation Of Any Category Of Damages Claimed By The Disclosing Party (Fed. R. Civ. P. 26(a)(1)(A)(iii))**

At this time, Google seeks to recover its reasonable costs and expenses of litigation, including attorneys' fees and expert witness fees.  Google also seeks an order that this case is exceptional.  Google is not yet certain as to the amount of fees and costs it will seek.

**D.**    **Applicable Insurance Agreements (Fed. R. Civ. P. 26(a)(1)(A)(iv))**

At this time, Google has not identified any insurance agreements under which an insurance business may be liable to satisfy all or part of a judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.  Google's investigation is ongoing, and Google will supplement this disclosure as appropriate.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
_____

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant*

OF COUNSEL:

Cono A. Carrano
David C. Vondle
Ashraf A. Fawzy
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 887-4000

June 23, 2014

## <u>CERTIFICATE OF SERVICE</u>

I, hereby certify that on June 23, 2014, copies of the foregoing were caused to be

served upon the following in the manner indicated:

Joseph J. Farnan, Jr., Esquire                                    *VIA ELECTRONIC MAIL*
Brian E. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Plaintiff*

Scott F. Partridge, Esquire                                      *VIA ELECTRONIC MAIL*
Lisa C. Kelly, Esquire
L. Gene Spears, Esquire
C. Ryan Pinckney, Esquire
Lisa M. Thomas, Esquire
BAKER BOTTS L.L.P.
910 Louisiana
One Shell Plaza
Houston, TX  77002
*Attorneys for Plaintiff*


                                              */s/ Jack B. Blumenfeld*
                                              _____
                                              Jack B. Blumenfeld (#1014)

# EXHIBIT E



## REDACTED IN ITS ENTIRETY

# EXHIBIT F



## REDACTED IN ITS ENTIRETY