# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ART+COM Innovationpool GmbH., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 14-cv-217-RGA |
| ) | |
| vs. ) | **DEMAND FOR JURY TRIAL** |
| ) | |
| GOOGLE INC., ) | |
| ) | *REDACTED - PUBLIC VERSION* |
| Defendant. ) | |

## STIPULATION CONCERNING DEPOSITIONS

Plaintiff ART+COM Innovationpool GMBH and Defendant Google Inc. hereby stipulate to the following facts:

1. Exhibits 6 and 7 from the deposition of Mike Roszak

            .

2. Exhibits 13 and 16 from the deposition of Mike Roszak,

                                                                          . Exhibit 16,

                    is a replacement version of                                      ,

and supersedes                                    .

3. Exhibit 5 from the deposition of Mike Roszak,

4.      Exhibit 18 from the deposition of Mike Roszak,

5.      According to its metadata, Exhibit 5 from the deposition of Gopal Shah,

.

6.      According to the text in the document, the purpose of Exhibit 5 from the deposition of Gopal Shah,

Dated: October 9, 2015                              Respectfully submitted,

FARNAN LLP                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Brian E. Farnan*                               /s/ *Paul Saindon*
Brian E. Farnan (Bar No. 4089)                      Jack B. Blumenfeld (Bar No. 1014)
Michael J. Farnan (Bar No. 5165)                    Paul Saindon (Bar No. 5110)
919 North Market St., 12th Floor                    1201 North Market Street
Wilmington, Delaware 19801                          P.O. Box 1347
302-777-0300 Telephone                              Wilmington, DE 19899
302-777-0301 Facsimile                              (302) 658-9200
bfarnan@farnanlaw.com                               jblumenfeld@mnat.com
mfarnan@farnanlaw.com                               psaindon@mnat.com

Of Counsel:                                         Of Counsel:

Scott F. Partridge                                  Cono A Carrano
BAKER BOTTS L.L.P.                                  David C. Vondle
One Shell Plaza                                     Ashraf A. Fawzy
910 Louisiana Street                                AKIN GUMP STRAUSS HAUER & FELD LLP
Houston, Texas 77002                                1333 New Hampshire Avenue, N.W.
(713) 229-1569                                      Washington, DC 20036
scott.partridge@bakerbotts.com                      (202) 887-4000

                                                    dvondle@akingump.com  
                                                    ccarrano@akingump.com  
                                                      afawzy@akingump.com

*Attorneys for Plaintiff ART+COM*  
*Innovationpool GmbH*                    *Attorneys for Google Inc.*

SO ORDERED on this _____ day of October, 2015.

                                                      _____  
                                                      The Honorable Richard G. Andrews