IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ART+COM INNOVATIONPOOL GMBH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-217 (RGA) |
| | ) | |
| GOOGLE INC., | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Defendant. | ) | |

## STIPULATION REGARDING EXPERT REPORTS ON DAMAGES

The parties hereby agree, subject to the approval of the Court, that the Scheduling Order is further amended as follows:

a) The deadline for Defendant to serve its Rebuttal Expert Report on damages and Opening Expert Report on 28 U.S.C. § 1498 issues is November 16, 2015; and

b) The deadline for Plaintiff to serve its Reply Expert Report on damages and Rebuttal Expert Report on 28 U.S.C. § 1498 issues is December 1, 2015.

All other deadlines shall remain unchanged.

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Brian E. Farnan* | */s/ Paul Saindon* |
| Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market St., 12th Floor<br>Wilmington, Delaware 19801<br>302-777-0321 Telephone<br>302-777-0301 Facsimile<br>farnan@farnanlaw.com | Jack B. Blumenfeld (#1014)<br>Paul Saindon (#5110)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>psaindon@mnat.com |
| OF COUNSEL: | OF COUNSEL: |
| Scott F. Partridge<br>BAKER BOTTS L.L.P.<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, Texas 77002<br>(713) 229-1569<br>scott.partridge@bakerbotts.com | Cono A. Carrano<br>David C. Vondle<br>Ashraf A. Fawzy<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036<br>(202) 887-4000 |
| *Attorneys for Plaintiff ART+COM Innovationpool GmbH* | *Attorneys for Defendant Google Inc.* |

November 13, 2015
9627751

      SO ORDERED this ___ day of November, 2015.

                                              The Honorable Richard G. Andrews