IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ART+COM INNOVATIONPOOL GMBH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 14-217 (RGA) |
| | ) |
| GOOGLE INC., | ) **DEMAND FOR JURY TRIAL** |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Rebuttal Expert Report of Brett L. Reed* and (2) *Rebuttal Expert Report of Dr. Michael Goodchild Regarding Damages-Related Issues* were caused to be served on November 16, 2015 upon the following in the manner indicated:

Joseph J. Farnan, Jr., Esquire  *VIA HAND DELIVERY*
Brian E. Farnan, Esquire  *AND ELECTRONIC MAIL*
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Plaintiff*

Scott F. Partridge, Esquire  *VIA ELECTRONIC MAIL*
Lisa C. Kelly, Esquire
L. Gene Spears, Esquire
C. Ryan Pinckney, Esquire
Lisa M. Thomas, Esquire
M. Natalie Alfaro, Esquire
Michael A. Hawes, Esquire
BAKER BOTTS L.L.P.
910 Louisiana
One Shell Plaza
Houston, TX  77002
*Attorneys for Plaintiff*

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Jack B. Blumenfeld*

          _____
          Jack B. Blumenfeld (#1014)
          Paul Saindon (#5110)
          1201 North Market Street
          P.O. Box 1347
          Wilmington, DE  19899
          (302) 658-9200
          jblumenfeld@mnat.com
          psaindon@mnat.com

          *Attorneys for Defendant Google Inc.*

OF COUNSEL:

Cono A. Carrano
David C. Vondle
Ashraf A. Fawzy
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 887-4000

November 16, 2015

## **CERTIFICATE OF SERVICE**

        I hereby certify that on November 16, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

        I further certify that I caused copies of the foregoing document to be served on November 16, 2015, upon the following in the manner indicated:

| | |
|---|---|
| Joseph J. Farnan, Jr., Esquire<br>Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA HAND DELIVERY*<br>*AND ELECTRONIC MAIL* |
| Scott F. Partridge, Esquire<br>Lisa C. Kelly, Esquire<br>L. Gene Spears, Esquire<br>C. Ryan Pinckney, Esquire<br>Lisa M. Thomas, Esquire<br>M. Natalie Alfaro, Esquire<br>Michael A. Hawes, Esquire<br>BAKER BOTTS L.L.P.<br>910 Louisiana<br>One Shell Plaza<br>Houston, TX  77002<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

                                                */s/ Jack B. Blumenfeld*
                                                Jack B. Blumenfeld (#1014)