## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ART+COM INNOVATIONPOOL GMBH,

        *Plaintiff*,

      v.

GOOGLE INC.,

        *Defendant*.

Civil Action No. 1:14-217-TBD

### JUDGMENT

This 31st day of May 2016, the Court having held a jury trial, and the jury having rendered a verdict, pursuant to Fed. R. Civ. P. 58(b)(2), **IT IS HEREBY ORDERED** that:

1.  Judgment is entered for Defendant Google Inc. and against Plaintiff ART+COM Innovationpool GmbH on the First Amended Complaint (D.I. 9).

2.  Defendant Google Inc. did not infringe claims 1, 3, 14, or 28 of U.S. Patent No. RE44,550.

3.  Claims 1, 3, 14, and 28 of U.S. Patent No. RE44,550 are invalid.

Honorable Timothy B. Dyk
United States Circuit Judge, sitting by designation