✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF

ART + COM Innovationpool Gmbh

V.

Google Inc.

**EXHIBIT AND WITNESS LIST**

Case Number: 14-cv-217-TBD

| PRESIDING JUDGE<br>Timothy B. Dyk | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|---|
| TRIAL DATE (S)<br>5/23/2016 - 5/27/2016 | | | COURT REPORTER<br>Dale Hawkins and Stacy Ingram | | COURTROOM DEPUTY<br>Condie/Cronin/Holmes | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 1 | | 5/23/2016 | | X | Certified Copy of RE44550 | |
| 7 | | 5/23/2016 | | X | Earth Tracker | |
| 267 | | 5/23/2016 | | X | T_Vision_VI Video | |
| 17a | | 5/23/2016 | | X | TerraVision Milestones 1 May 1994-June 1994 | |
| 17b | | 5/23/2016 | | X | Certified English Certification of TerraVision Milestones 1 May 1994-June 1994 | |
| 303a | | 5/23/2016 | | X | Milestone IV (Terravision II) | |
| 303b | | 5/23/2016 | | X | Certified English Translation of Milestone IV (Terravision II) | |
| 236 | | 5/23/2016 | | X | Wayback Machine of June 1997 ACM Website listing Art+Com as ACM97 Exhibitor | |
| 295a | | 5/23/2016 | | X | 1/28/2005 Email from Steffen Meschkat to Pavel Mayer re mesch | |
| 295b | | 5/23/2016 | | X | Certified Translation of 1/28/2005 Email from Steffen Meschkat to Pavel Mayer re mesch | |
| 13 | | 5/23/2016 | | X | Email from Pavel Mayer to Michael Jones RE: Virtual Globe Patent, January 16, 2006 | |
| 122 | | 5/23/2016 | | X | ART+COM AG 1995 Virtual Earth Planet January 16, 2006 | |
| 15 | | 5/23/2016 | | X | Email from Michelle Lee to Patrick Paulisch, 7/17/2006, Re: Discussion of '189 Patent | |
| 16 | | 5/23/2016 | | X | Email from Pavel Mayer to Michael Jones, 8/16/2006, RE: Visiting Google | |
| 324 | | 5/23/2016 | | X | 9/7/2010 Email from Mayer to Porter RE: reissue of US Patent 6,100,897/RE 41,428E | |
| 123 | | 5/23/2016 | | X | Email from Pavel to Tim Porter (Google), October 11, 2010 RE: Deal Considerations | |
| 329 | | 5/23/2016 | Yes | | 2/21/2006 Email from Jones to Mayer RE:[FWD:RE: Virtual Globe Patent] | |
| 3 | | 5/23/2016 | Yes | | Certified Copy of U.S. 6,100,897 | |
| 79 | | 5/23/2016 | | X | Email to Axel Schmidt to mtj@babar.asd.sgi.com July 3, 1995 Re: T_Vision | |
| 77 | | 5/23/2016 | | X | May 2006 Jones Interview in "Geospatial Solutions", Applying the Power of Place... | |
| 354 | | 5/23/2016 | | X | Keyhole: Perspective is Everything, presentation by John Hanke CEO | |
| 84 | | 5/23/2016 | | X | Email from Patrick Ling to Michael Jones, 4/14/2009 | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎ AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| ART + COM Innovationpool Gmbh | | vs. | | Google Inc. | CASE NO. 14-cv-217-TBD |
|---|---|---|---|---|---|
| **PLF. NO.** | **DEF. NO.** | **DATE OFFERED** | **MARKED** | **ADMITTED** | **DESCRIPTION OF EXHIBITS AND WITNESSES** |
| | 1076 | 5/23/2016 | | X | Patent and Other Issues, ACI_00001163-ACI_00001163 |
| | 1004 | 5/23/2016 | | X | ART+COM 189 Patent, ACI_00001156-ACI_00001158 |
| | 1196 | 5/23/2016 | | X | Email from Yvan Leclerc to Pavel Mayer, 1/9/1995, RE: Terravision, ACI_0006990-ACI_0006991 |
| | | 5/23/2016 | | | Interpreter Ulrike Wiesner |
| PW1 | | 5/23/2016 | | | Pavel Mayer, Live |
| PW2 | | 5/23/2016 | | | Michael Jones, Video Deposition |
| PW3 | | 5/23/2016 | | | Julien Mercay, Video Deposition, Plaintiff's 3rd Witness |
| 2 | | 5/24/2016 | | X | Certified Copy of RE41428 |
| 299a | | 5/24/2016 | | X | Milestone IV (Terravision I) |
| 299b | | 5/24/2016 | | X | Certified English Translation of Milestone IV (Terravision I) |
| 300a | | 5/24/2016 | | X | Milestone I (Terravision II) |
| 300b | | 5/24/2016 | | X | Certified English Translation of Milestone I (Terravision II) |
| 304a | | 5/24/2016 | | X | 3/12/1997 Email from Axel to Employees re "TerraVision/Y50" |
| 304b | | 5/24/2016 | | X | Certified English Translation of 3/12/1997 Email from Axel to Employees re "TerraVision/Y50" |
| 298a | | 5/24/2016 | | X | Milestone III June 95 (TerraVision I) |
| 298b | | 5/24/2016 | | X | Certified English Translation of Milestone III June 95 (TerraVision I) |
| 142 | | 5/24/2016 | | X | Video - 2014 SIGGRAPH Presentation by Evan Parker and Janne Kontkanen about Google Earth |
| 27 | | 5/24/2016 | | X | Terrain Overlays, earthclient wiki, updated 6/8/2011 |
| 75 | | 5/24/2016 | | X | Screenshots from Video of 2014 SIGGRAPH Presentation |
| 133 | | 5/24/2016 | | X | Production Design Document for Google Earth |
| 140 | | 5/24/2016 | | X | Geo Coordinate Systems, Last Updated 2014-03-21 |
| 141 | | 5/24/2016 | | X | Mirth: Geo Rendering Platform for Google, John Anderson, Last presented March 18, 2014 |
| 176 | | 5/24/2016 | | X | Google Maps/Earth Terms of Service ACI_0011820-ACO_0011823 |
| 223 | | 5/24/2016 | | X | SIGGRAPH 2014 Presentation of Earth in Google Maps Slides |
| 336 | | 5/24/2016 | | X | 2/21/2006 email from Engel to mba295a-1@haas.berkeley.edu, et al re Keyhole Materials... |
| 367 | | 5/24/2016 | | X | Source Code (GOOG_AC_SC_00000048-GOOG_AC_SC_00000051) |
| 368 | | 5/24/2016 | | X | Source Code (GOOG_AC_SC_00000063-GOOG_AC_SC_00000085) |

Page_____of_____Pages

| Print | Save As... | Export as FDF | Retrieve FDF File | Reset |

✎ AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| ART + COM Innovationpool Gmbh | vs. | Google Inc. | CASE NO. 14-cv-217-TBD |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 369 | | 5/24/2016 | | X | Source Code (GOOG_AC_SC_00000086-GOOG_AC_SC_00000105) |
| 370 | | 5/24/2016 | | X | Source Code (GOOG_AC_SC_00000106-GOOG_AC_SC_00000160) |
| 371 | | 5/24/2016 | | X | (SEALED) Source Code (GOOG_AC_SC_00000107-GOOG_AC_SC_00000111) |
| 372 | | 5/24/2016 | | X | (SEALED) Source Code (GOOG_AC_SC_00000112-GOOG_AC_SC_00000117) |
| 375 | | 5/24/2016 | | X | Source Code (GOOG_AC_SC_00000129-GOOG_AC_SC_00000131) |
| 376 | | 5/24/2016 | | X | (SEALED) Source Code (GOOG_AC_SC_00000132-GOOG_AC_SC_00000136) |
| 377 | | 5/24/2016 | | X | (SEALED) Source Code (GOOG_AC_SC_00000139-GOOG_AC_SC_00000140) |
| 389 | | 5/24/2016 | | X | Source Code (GOOG_AC_SC_00000365-GOOG_AC_SC_00000379) |
| 390 | | 5/24/2016 | | X | Source Code (GOOG_AC_SC_00000386-GOOG_AC_SC_00000395) |
| 391 | | 5/24/2016 | | X | Source Code (GOOG_AC_SC_00000396-GOOG_AC_SC_00000404) |
| 392 | | 5/24/2016 | | X | Source Code (GOOG_AC_SC_00000405-GOOG_AC_SC_00000409) |
| 394 | | 5/24/2016 | | X | Source Code (GOOG_AC_SC_00000416-GOOG_AC_SC_00000420) |
| 395 | | 5/24/2016 | | X | (SEALED) Source Code (GOOG_AC_SC_00000421-GOOG_AC_SC_00000428) |
| 396 | | 5/24/2016 | | X | Source Code (GOOG_AC_SC_00000441-GOOG_AC_SC_00000445) |
| 398 | | 5/24/2016 | | X | Source Code (GOOG_AC_SC_00000486-GOOG_AC_SC_00000492) |
| 407 | | 5/24/2016 | | X | Source Code (GOOG_AC_SC_00000591-GOOG_AC_SC_00000593) |
| 409 | | 5/24/2016 | | X | Source Code (GOOG_AC_SC_00000597-GOOG_AC_SC_00000599) |
| 410 | | 5/24/2016 | | X | Source Code (GOOG_AC_SC_00000600-GOOG_AC_SC_00000601) |
| 413 | | 5/24/2016 | | X | Source Code (GOOG_AC_SC_00000617-GOOG_AC_SC_00000617) |
| 414 | | 5/24/2016 | | X | Source Code (GOOG_AC_SC_00000626-GOOG_AC_SC_00000624) |
| 415 | | 5/24/2016 | | X | Source Code (GOOG_AC_SC_00000627-GOOG_AC_SC_00000630) |
| 416 | | 5/24/2016 | | X | Source Code (GOOG_AC_SC_00000636-GOOG_AC_SC_00000636) |
| 500 | | 5/24/2016 | | X | |
| | 41 | 5/24/2016 | | X | Google Maps competitive Comparison, Google Report, 8/2012 |
| | 42 | 5/24/2016 | | X | Email from Michael Jones to Bruno Bowden, June 15, 2006, RE: Earth 4.0 TGIF Slide |
| | 43 | 5/24/2016 | | X | Email string from Aaron Sedley to Daniel Stickel et al. 7/9/2006 re: One More Board Deliverable |
| | 44 | 5/24/2016 | | X | Explore, Search, and Discover, Google Webpage printout, 6/10/2008 |

Print   Save As...   Export as FDF   Retrieve FDF File   Reset

◈ AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| ART + COM Innovationpool Gmbh | | vs. | | Google Inc. | | CASE NO. 14-cv-217-TBD |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| 45 | | 5/24/2016 | | X | Local/Maps (Geo) Monetization and Derived Revenues, 12/17/2010 | |
| 55 | | 5/24/2016 | | X | Printout of Google Earth Statistics, 16 pages; Google Spreadsheet, "Data Average iPhone….." | |
| 95 | | 5/24/2016 | | X | Email from Marissa Mayer to eschmidt@google.com, October 19,2010 Re: Imputed Revenue.. | |
| 99 | | 5/24/2016 | | X | Geo Imputed Revenue, May 29, 2009 | |
| 341 | | 5/24/2016 | | X | Google Earth downloaded more than one billion times, Google maps website, 10/5/2011 | |
| 76 | | 5/24/2016 | | X | Google Maps Tracking Study – Wave 5 Presentation October 2013 | |
| 71 | | 5/24/2016 | | X | Email from Michael Jones to John Hanke, June 8, 2006 Re: Keyhole-all GGDD is SRO | |
| 45 | | 5/24/2016 | Yes | | | |
| 40 | | 5/24/2016 | | X | (REDACTED) Cookie-based identification of Google Earth Users, 4/12/2007 | |
| 350 | | 5/24/2016 | | X | The Future of Earth, 2/2/2015 | |
| 206 | | 5/24/2016 | | X | 5/11/2006 Email from Andreas Wiek to Pavel Mayer et al, Re: Summary Berlin Meeting | |
| | 1065 | 5/24/2015 | Yes | | Interactive Communities Siggraph 95, GOOG_AC_00086304-GOOG_AC_000863 l 9 | |
| PW4 | | 5/24/2016 | | | Axel Schmidt, Live | |
| PW5 | | 5/24/2016 | | | Evan Parker, Deposition read into the record | |
| PW6 | | 5/24/2016 | | | John Rohlf, Video Deposition | |
| PW7 | | 5/24/2016 | | | Dr. Ken Castleman, Live | |
| PW8 | | 5/24/2016 | | | Peter Birch, Video Deposition | |
| PW9 | | 5/24/2016 | | | Mike Roszak, Video Deposition | |
| PW10 | | 5/24/2016 | | | Gopal Shah, Video Deposition | |
| PW11 | | 5/24/2016 | | | Andreas Wiek, Live | |
| PW12 | | 5/24/2016 | | | John Hanke, Video Deposition | |
| PW13 | | 5/24/2016 | | | Olivier Bailey, Video Deposition | |
| PW14 | | 5/24/2016 | | | James J. Nawrocki, Live | |
| 158 | | 5/25/2016 | | X | Google Strategy 2006 (January 2006) | |
| 167 | | 5/25/2016 | | X | Google "Geo Business Discussion" Q2 2008 | |
| 271 | | 5/25/2016 | | X | Geo Business Review – EMG, July 28, 2008 | |
| 72a-d | | 5/25/2016 | | X | Spreadsheet Total Units (2010-2015) – Current GE Pro Volume Discount…. | |

[ Print ] [ Save As... ] [ Export as FDF ] [ Retrieve FDF File ] [ Reset ]

✎ AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| ART + COM Innovationpool Gmbh vs. Google Inc. | | | | | CASE NO. 14-cv-217-TBD |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERE | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 73 | | 5/25/2016 | | X | Spreadsheet SupportStart Quarter/Customer, Product Line, ErpSystem, …. |
| 198 | | 5/25/2016 | | X | Earth Pro Today, 6.1 and Beyond April 2011 |
| 66 | | 5/25/2016 | | X | Printout-Google Earth Active Users, 78 pages |
| 190 | | 5/25/2016 | | X | Produced in Native Form: "1day_country_breakdown.csv" |
| 31 | | 5/25/2016 | | X | Local Business Ads (aka GeoAds) |
| 200 | | 5/25/2016 | | X | http://googlepress.blogspot.com/2005/06/google-launches-free-3d-mapping-and_28.html |
| 160 | | 5/25/2016 | | X | Google Inc., Form 10-K for the fiscal year ended December, 2011 |
| 115 | | 5/25/2016 | | X | Google Draft, "GEO Properties P&L" January 2007, Adhi Kesarla Corp. FP&A |
| | 1071 | 5/23/2016 | | X | |
| | 1114 | 5/25/2016 | | X | Revenue Google Earth Enterprise Country US Period 7/2005 – 12/2014 |
| | 1095 | 5/25/2016 | | X | CNN Inside the Regime, Miles O'Brien (native WMV format), ACI_0010279 (* to be presented in native format) |
| | 1109 | 5/25/2016 | | X | Discussion of 189 Patent, ACI_00001235-ACI00001237 |
| | 1001 | 5/25/2016 | | X | ACM Siggraph Program & Buyers Guide (physical exhibit) |
| | 1001A | 5/25/2016 | | X | SIGGRAPH 95 CD Materials- T_Vision Paper |
| | 1001 B | 5/25/2016 | | X | SIGGRAPH 95 CD Materials- MAGIC Paper |
| | 1088 | 5/25/2016 | | X | Terravision I (native mpg file), GOOG_AC_00055989-GOOG_AC_00055989 (*to be presented in native format) |
| | 1087 | 5/25/2016 | | X | 1994 Magic Technical Symposium August 17-18 1994, GOOG_AC_00055319-GOOG_AC_00055761 |
| | 1023 | 5/25/2016 | | X | TerraVision A Terrain Visualization System Technical Note No 540, SRi_00000151- SRi_00000170 |
| | 1193 | 5/25/2016 | | X | An Overview of the MAGIC project, Barbara B. Fuller, Ira Richer, December 1993, The Mitre Corporation,, GOOG_AC_00018234-GOOG_AC_00018247 |
| | 1036 | 5/25/2016 | | X | 1995 Magic Technical Symposium, GOOG0021033-GOOG0021233 |
| | 1037 | 5/25/2016 | | X | Tile Set Definitions Technical Note No 541, SRi_00000171 SRi_00000188 |
| | 1198 | 5/25/2016 | X | | M.F. Goodchild, Yang Shiren and G. Dutton (1991) Spatial Data Representation and Basic Operations for a Triangular Hierarchical Data Structure. Technical Paper 91-8. Santa Barbara, CA: National Center for Geographic Information and Analysis |
| 4 | | 5/25/2016 | X | | Certified Copy of File Wrapper of RE44550 |
| | 1178 | 5/25/2016 | X | | (SEALED) depot/branches/earth_ branch/earth_ 201308 _ branch/googleclient/earth/cl ient/libs/evl l/database/database. cc, GOOG_AC_SC_00000469-GOOG_AC_SC_00000485 |
| | 1179 | 5/25/2016 | X | | (SEALED) depot/branches/earth_ branch/earth_ 20 1308 branch/googleclient/earth/client/libs/ev\ l/database/quadnode .cc, GOOG _AC_ SC_ 00000501-GOOG _AC_ SC_ 000005 19 |

[Print]  [Save As...]  [Export as FDF]  [Retrieve FDF File]  [Reset]

✎ AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| ART + COM Innovationpool Gmbh | vs. | Google Inc. | CASE NO. 14-cv-217-TBD |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1180 | 5/25/2016 | X | | (SEALED) depot/branches/earth_ branch/earth_ 201 308 branch/googleclient/earth/client/libs/evll/database/q uadnodehandl |
| | 1184 | 5/26/2016 | | X | (SEALED) depot/branches/earth_ branch/earth_ 20 141 O _ branch/google3/geo/render/mirth/planet/planet framehandler.cc, IGOOG_AC_SC_00000673 -GOOG_AC_SC_00000698 |
| | 1186 | 5/25/2016 | X | | (SEALED) depot/branches/earth_ branch/•:anh 20 J 41 O _ branch/google3/geo/render/mirth/planet/rockmetrics. cc, GOOG_AC_SC_00000701 GOOG_AC_SC_00000709 |
| | 1185 | 5/25/2016 | X | | (SEALED) depot/branches/earth_ branch/earth_ 20 141 o_ branch/google3/geo/render/mirth/tree/treetraverser.cc, iGOOG_AC_SC_00000699-GOOG_AC_SC_00000700 |
| | 1187 | 5/26/2016 | | X | (SEALED) depot/branches/earth_branch/earth 20 141 O _ branch/google3/geo/render/mirth/planet/planetcacheproxyfetcher. c |
| | 1176 | 5/25/2016 | X | | (SEALED) depot/google3/geo/globe/lib/render/lod-managerjs. GOOG _AC_ SC_ 000003 86-GOOG AC _SC_ 00000395 |
| | 1079 | 5/25/2016 | X | | Computer Networks and ISDN Systems 22 Interactive Atmospheric Data Access via High Speed Networks, GOOG_AC_00172981-GOOG_AC_00172987 |
| | DW1 | 5/25/2016 | | | Peter Birch, Live |
| | DW 2 | 5/25/2016 | | | Michael Jones, Live |
| | DW 3 | 5/25/2016 | | | Stephen Lau, Live |
| | DW 4 | 5/25/2016 | | | Bernard Rous, Video Deposition |
| | DW 5 | 5/25/2016 | | | Dr. Michael Goodchild, Live |
| 420 | | 5/26/2016 | | X | Goodchild, Michael F., "What does Google Earth Mean for the Social Sciences?" in Geographic Visualization: Concepts, Tools, and Applications, Wiley 2008. |
| 419 | | 5/26/2016 | | X | Communication Geographic Information in a Digital Age, Michael F. Goodchild, National Center for Geographic Information and Analysis and Department of Geography, University of California, Santa Barbara |
| | 1183 | 5/26/2016 | | X | (SEALED) depotlbranches/earth_branch/earth_201308_branch/googleclient/earth/client/libs/ev 11/database/net, KJOOG_AC_SC _00000659-GOOG_AC_SC_00 000672 |
| 380 | | 5/26/2016 | | X | Source Code, GOOG_AC_SC_00000247 GOOG_AC_SC_00000247 |
| 381 | | 5/26/2016 | | X | Source Code GOOG_AC_SC_00000249 GOOG_AC_SC_00000251 |
| 387 | | 5/26/2016 | | X | Source Code GOOG_AC_SC_00000338 GOOG_AC_SC_00000345 |
| 339 | | 5/26/2016 | | X | 5/9/2008 Email from Pavel Mayer to Michael Jones, re: Thank you and next steps, ACI_00001071-ACI_00001071 |
| | 1003 | 5/26/2016 | | X | Virtual Globe Patent, ACl_OOOO I 080-ACl_OOOOl l l 3 |
| | 1040 | 5/26/2016 | | X | Exclusive Patent and Software Agreement, GOOG_AC_00088395-GOOG_AC_000884 16 |
| | 1055 | 5/26/2016 | | X | Patent License and Settlement Agreement, GOOG_AC_00059960-GOOG_AC_00059982 |
| 274 | | 5/26/2016 | | X | Geo Business Review - EMG 8/19/2008, GOOG_AC_00130272-GOOG_AC_00130324 |
| | 1061 | 5/26/2016 | | X | Revenue Property Google Maps Desktop Country US Based on User Period 04/2007 - 12/2014, GOOG_AC_0008292I-GOOG_AC_00082929 |

Print   Save As...   Export as FDF   Retrieve FDF File   Reset

✎ AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| ART + COM Innovationpool Gmbh | | vs. | | Google Inc. | CASE NO. 14-cv-217-TBD |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 1062 | 5/26/2016 | | X | Revenue Property Google Earth Country US Based on User Period 04/2007 - 12/20 14, GOOG_AC_00082930-GOOG _AC_ 00082943 |
| 213 | | 5/26/2016 | | X | Google Inc. Promotion and Distribution Agreement, 5/1/2009, between Adobe Systems Incorporated, Adobe Systems Software Ireland Limited, and Google, Inc., GOOG_AC_00187036 GOOG_AC_00187076 |
| | 1060 | 5/26/2016 | | X | Revenue Property Earth Enterprise Country US Period 03/2007 - 10/2014, GOOG_AC_00045747- GOOG_AC_00045749 |
| | 1119 | 5/26/2016 | | X | !Google Earth Enterprise Raw Data and Sums and Charts (native xlsx format), GOOG_AC_00027662- GOOG_AC_00027662 (*lo be presented in a native format) |
| | 1011 | 5/26/2016 | | X | Ad Revenues Property Google Earth Country US Based on User Period 04/2007 - 12/2014, GOOG_AC_00080L0J-GOOG_AC_00080102 |
| | 1113 | 5/26/2016 | | X | Revenue Property Google Maps Desktop Country US Based on User Period 04/2007 - 12/2014, GOOG _AC_ 00079907-GOOG _AC_ 00079909 |
| | 1132 | 5/26/2016 | | X | Spreadsheet (native csv format), GOOG_AC_00080012-GOOG_AC_00080012 (*to be presented in a native format) |
| | 1141 | 5/26/2016 | | X | Install-win (native xlsx format), GOOG_AC_OOI 86556-GOOG_AC_OOI 86556 (*to be presented in a native format) |
| 214 | | 5/26/2016 | | X | Google Inc. Amended and Restated Promotion and Distribution Agreement, 4/1/2011, between Adobe Systems Incorporated, Adobe Systems Software Ireland Limited, and Google, Inc., GOOG_AC_00187378- GOOG_AC_00187480 |
| | 1139 | 5/26/2016 | | X | List of Earth Brand Codes Found Here (native xlsx formal), GOOG_AC_OOJ 53864 GOOG_AC_OOJ 53864- (*to be presented in a native formal) |
| 342 | | 5/26/2016 | | X | Customer Order form, Google Maps for Businesses and Other Services, Audi AG, June 9, 2012, GOOG_AC_00088421- GOOG_AC_00088488 |
| | 1144 | 5/26/2016 | | X | Audi 2013 Annual Financial Report How Feels Tomorrow, Reed |
| | 1145 | 5/26/2016 | | X | Audi 2014 Annual Financial Report We Create Tomorrow, Reed |

Print   Save As...   Export as FDF   Retrieve FDF File   Reset