IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ART+COM INNOVATIONPOOL GMBH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 14-217 (TBD) |
| | ) |
| GOOGLE INC., | ) |
| | ) |
| Defendant. | ) |

## AMENDED JUDGMENT

IT IS ORDERED that the Court's Judgment entered on May 31, 2016 (D.I. 416) is amended as follows:

This 31st day of May 2016, the Court having held a jury trial, and the jury having rendered a verdict, pursuant to Fed. R. Civ. P. 58(b)(2), IT IS HEREBY ORDERED that:

1. Judgment is entered for Defendant Google Inc. and against Plaintiff ART+COM Innovationpool GmbH on the First Amended Complaint (D.I. 9).

2. Defendant Google Inc. did not infringe claims 1, 3, 14, or 28 of U.S. Patent No. RE44,550.

3. Claims 1, 3, 14, and 28 of U.S. Patent No. RE44,550 are invalid.

4. Google's defenses of inequitable conduct and laches are denied solely on the ground that they are moot in light of the jury's finding of non-infringement and invalidity.

_____
Honorable Timothy B. Dyk
United States Circuit Judge (sitting by designation)