IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ART+COM INNOVATIONPOOL GMBH,<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Civil Action No. 1:14-217-TBD |

## ORDER

Going forward, the parties are ordered to provide two copies of all filings made on the docket in this action to the following address:

> Chambers of Hon. Timothy B. Dyk
> United States Court of Appeals for the Federal Circuit
> 717 Madison Place N.W.
> Washington, DC 20439

**IT IS SO ORDERED** this 11th day of January 2018.

*[signature]*
Honorable Timothy B. Dyk
United States Circuit Judge, sitting by designation